IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| GHANSHYAMKUMAR SHAMBHIBHAI PATEL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALEJANDRO MAYORKAS, Secretary of the Department of Homeland Security, et al.,<br><br>　　　　Defendants. | CIVIL ACTION NO.: 4:23-cv-212 |

**O R D E R**

　　Plaintiff filed his Complaint initiating this action on July 27, 2023. (Doc. 1.) On November 17, 2023, Plaintiff and Defendants, by and through their counsel, filed a Consent Motion for Voluntary Dismissal, stating that all parties desire and agree to have the case dismissed without prejudice. (Doc. 5.) Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the case has been **DISMISSED WITHOUT PREJUDICE**, (id.), and the Court **DIRECTS** the Clerk of Court to **TERMINATE** all pending motions and to **CLOSE** this case.

　　**SO ORDERED**, this 21st day of November, 2023.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA